UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL ABDULLAH,

                  Plaintiff,

-against-

SERGEANT COURTNEY/30 PCT, et al.,

                  Defendants.

24-CV-0297 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 15, 2024
          New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                             Chief United States District Judge